**Order filed July 2, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00246-CV
_____

## IN THE MATTER OF R.C.

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2017-04332J**

---

## O R D E R

Appellant's brief was due June 24, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 1, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM